United States District Court
Southern District of Texas
**ENTERED**
August 20, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **ISRAEL ADONAY SAGASTIZADO SANCHEZ** | § § § § | |
| Petitioner, | § | |
| V. | § | CIVIL ACTION NO. 5:25-CV-104 |
| | § | |
| **KRISTI NOEM, ET AL.,** | § § § | |
| Respondent. | § | |

## ORDER

Before the Court is Petitioner's Unopposed Motion to Suspend Briefing Deadline Pending Adjudication of Petitioner's Motion for Leave to Serve Document Request. (Dkt. No. 9).

On June 25, 2025, Petitioner filed a Petition for Writ of Habeas Corpus. (Dkt. No. 1). The Court ordered the Government to respond. (Dkt. No. 3). The Government filed, and the Court granted, a Motion for Extension of Time. (Dkt. No. 5). On August 8, 2025, the Government filed a Motion to Dismiss. (Dkt. No. 7). On August 16, 2025, Petitioner then filed a Motion for Leave to Serve Document Request, "arguing that he needs discovery on communications between Respondents and the government of Mexico, in order to properly respond to Respondents' Motion to Dismiss." (Dkt. No. 8). Petitioner then filed the instant motion to suspend the deadline to respond to the Motion to Dismiss while the discovery motion is pending before the Court. (Dkt. No. 9).

Finding good cause, the Court hereby **GRANTS** Plaintiff's Unopposed Motion to Suspend Briefing Deadline Pending Adjudication of Petitioner's Motion for Leave to Serve Document Request. (Dkt. No. 9). The current deadline for Petitioner to respond to the Motion to Dismiss is stayed until this Court decides the pending discovery motion, and the Court will enter an order setting a new response deadline at that time.

Additionally, the Court recognizes the timeliness of the proceedings given the potentially imminent removal date. (*See* Dkt. No. 8-3 at 1). Therefore, the Respondents must notify Petitioner's counsel and the Court of any anticipated or planned transfer of

Sagastizado outside of the Southern District of Texas **at least five (5) days before** any such transfer.

    It is so **ORDERED**.

    **SIGNED** on August 20, 2025.

_____
John A. Kazen
United States District Judge